# Nobile & Thompson Co., L.P.A
4876 Cemetery Rd
Hilliard, OH 43026-3105

Ph:614-529-8600          Fax:614-529-8656

Cliff & Saundra Hill                                                                January 15, 2015
245 Green Cook Rd.
Sunbury, Ohio
43074

|  |  | Client number | ch45 |
|---|---|---|---|
| **Attention:** |  | Inv #: | 94337 |

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-24-13 | Rev'd recent communications regarding Sheriff's Sale of 3Bs&K property; faxed information to Laura Infante re withdrawal of sale | 0:30 | 125.00 | JEN |
| Sep-25-13 | Rec'd UST Email with PDF OIRR Reports; and Instructions; forwarded to clients with instructions | 0:09 | 37.50 | JEN |
|  | Attended to emails from John Clunk law firm acknowledging BK information and withdrawing sale | 0:06 | 25.00 | JEN |
|  | Rev'd questions posed by UST / Jeff Pfreim; composed responsive email | 0:30 | 125.00 | JEN |
| Oct-09-13 | Rev'd file; server crash issue; email to UST / Jeff Pfreim re additional documents | 0:09 | 37.50 | JEN |
|  | Preparation of Application to Employ | 1:00 | 250.00 | JEN |
| Oct-28-13 | Teleconf with client re setting up time for IDI with UST; responded to emails from UST and clients re same | 0:30 | 125.00 | JEN |
| Oct-29-13 | Meeting with clients re IDI preparation; attended IDI at UST offices | 1:30 | 375.00 | JEN |
| Oct-31-13 | Attended 341 Meeting; additional conf with clients; attended to emails with PDF copies of appraisals; bank statments OIRR forms | 1:30 | 375.00 | JEN |
| Nov-12-13 | Preparation for and attendence at Status Conference | 1:30 | 375.00 | JEN |

| Date | Description | Time | Amount | Initials |
|---|---|---|---|---|
| Nov-19-13 | Rev'd emails from UST and forwarded same to clients with instructions | 0:09 | 37.50 | JEN |
| Nov-21-13 | Rev'd emails from client | 0:06 | 25.00 | JEN |
| Nov-22-13 | Rev'd emails from client with insurance information; forwarded same to UST with addl information | 0:06 | 25.00 | JEN |
| Dec-17-13 | Rev'd October 2013 Oper Rept; prepared form and emailed UST re approval of form before filing | 0:30 | 125.00 | JEN |
| Dec-19-13 | Rev'd emails from UST re Oper Rept package; questions re same | 0:09 | 37.50 | JEN |
| Jan-06-14 | Rev'd Oper Rept information; prepared in new format; sent to UST | 0:09 | 37.50 | JEN |
| Jan-13-14 | Finalized and filed Oct; Nov 2013 Oper Repts; email to UST re same | 0:15 | 62.50 | JEN |
| Jan-17-14 | Rev'd email from UST re insurance lapsed; communicated with client; forward explanation and insurance information to UST | 0:06 | 25.00 | JEN |
| Mar-06-14 | Rev'd emailed financial data from clients re Dec 2013; Jan 2014 Oper Repts; prepared forms and filed | 0:15 | 62.50 | JEN |
| Mar-19-14 | Office conf with clients re Plan and Disclosure Statement issues | 1:00 | 250.00 | JEN |
| Mar-24-14 | Rev'd emailed financial data from cleints re Feb 2014 Oper Rept; prepared forms and filed | 0:15 | 62.50 | JEN |
| Mar-25-14 | Preparation for and Attendence at Cont'd Status Conference | 1:00 | 250.00 | JEN |
| Apr-01-14 | Rec'd review Order Denying Application To Employ (no charge) | 0:00 | 0.00 | JEN |
| Apr-16-14 | Rev'd email from client re UST fees; responded | 0:06 | 25.00 | JEN |
| Apr-28-14 | Office conf with clients re data and Plan and DS issues; also reviewed RFS Order from Key on Green Cook; Did not calendar it; Appears to have come in; emailed Steve Franks re same and 60B motion or agreement re plan treatment to resolve | 1:30 | 375.00 | JEN |
|  | Office Conf re data needed for Plan and DS | 0:45 | 187.50 | JEN |

| Date | Description | Time | Amount | Atty |
|---|---|---|---|---|
| Apr-29-14 | Email rev from Atty Franks re RFS Order re Key; no need to do 60B; will work thru Plan; addl discussion re double dismissal of prior foreclosures | 0:15 | 62.50 | JEN |
| | Preparation of draft of Chapter 11 Plan; emailed UST and Atty Franks with addl docs re double dismissal of foreclosure | 4:00 | 1,000.00 | JEN |
| May-02-14 | Office Conf with clients re operating reports; additional information for background for DS | 0:45 | 187.50 | JEN |
| May-12-14 | Rev'd email re appraisals for Key; forwarded appraisals of both properties to Atty Franks | 0:09 | 37.50 | JEN |
| May-28-14 | Rev of information re Disclosure Statement; Prepared and finalized Disclosure Statement; and made revision to Chapter 11 Plan for filing | 7:00 | 1,750.00 | JEN |
| May-29-14 | Final revisions to Chapter 11 Plan and Disclosure Statement | 1:00 | 250.00 | JEN |
| Jun-18-14 | Rev'd Objection of Key To Confirmation | 0:09 | 37.50 | JEN |
| Jun-23-14 | Rev'd data for Oper Repts for March and April 2014; finished reports and filed same | 0:30 | 125.00 | JEN |
| | Attendence at Cont'd Status Conf; Court to hold to DS hearing; Need to file new Application to Employ Counsel | 0:45 | 187.50 | JEN |
| Jul-10-14 | Rev'd Objection of UST to DS | 0:09 | 37.50 | JEN |
| Jul-11-14 | Rev'd Objection of Wells Fargo (Ocwen) to Confirmaton | 0:06 | 25.00 | JEN |
| Jul-17-14 | Rev'd email from Atty Steve Franks re hearing; responded noting that hearing was not on Key objection to confirmation | 0:06 | 25.00 | JEN |
| Jul-18-14 | Rev'd data for Oper Rept for May 2014; finished report and filed | 0:09 | 37.50 | JEN |
| Jul-21-14 | Attended DS hearing; additional amendments needed to resolve UST Objections; and to renew employment application | 0:27 | 112.50 | JEN |
| Jul-22-14 | Prepared renewed Application To Employ Counsel Nunc Pro Tunc (no charge) | 1:30 | 0.00 | JEN |
| Jul-24-14 | Emails from Atty Franks with appraisal and proposal to resolve objection; and to client re appraisals by Ocwen on 3Bs&K | 0:15 | 62.50 | JEN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-30-14 | Finalized Amended Chapter 11 Plan and DS; emailed to Atty Franks re resolution with new plan treatment | 3:00 | 750.00 | JEN |
| Aug-04-14 | Rev'd Order Approving DS; responded to emails from client | 0:06 | 25.00 | JEN |
| Aug-11-14 | Postage for Amended Plan and Amended Disclosure Statement / Ballot / Confirmation package [22 packages at $2.03 per package] | | 44.66 | JEN |
| Aug-13-14 | Email from Atty Frank re Key Plan Acceptance with Amended Ch 11 Plan | 0:06 | 25.00 | JEN |
| Sep-23-14 | Emails to UST re confirmation hearing issues; delinquent Oper Repts | 0:09 | 37.50 | JEN |
| Sep-24-14 | Rev'd data and emails from client re Oper Repts June July August 2014; finished repts and filed same | 0:30 | 125.00 | JEN |
| | Prepared Certification of Ballots | 0:15 | 62.50 | JEN |
| Sep-25-14 | Office conf with clients re preparation for confirmation hearing | 0:45 | 187.50 | JEN |
| Sep-26-14 | Preparation for and attendence at confirmation hearing; plan confirmed; agreement with Ocwen reached at hearing; Ocwen to prepare stip re plan treatment | 2:00 | 500.00 | JEN |
| Oct-06-14 | Preparation of Conf Order and Order Nunc Pro Tunc re Employment Appl. | 0:09 | 37.50 | JEN |
| | Totals | 38:00 | $9,169.66 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$9,169.66** |
| Previous Balance | 3,037.00 |
| Previous Payments | 3,037.00 |
| **Balance Now Due** | **$9,169.66** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jan-30-14 | Client Fees | $3,037.00 |
| | **Total Payments** | **$3,037.00** |

**TRUST STATEMENT**

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Sep-07-12 | Received From: C. Hill | | 3,000.00 |
|  | Client Fees 989 | | |
| Sep-20-13 | Received From: Cliff & Saundra Hill | | 1,250.00 |
|  | Client Fees | | |
| Sep-24-13 | Paid To: Nobile & Thompson | 1,213.00 | |
|  | Attorney fees | | |
| Jan-30-14 | Paid To: Nobile & Thompson | 3,037.00 | |
|  | Client Fees | | |
|  | Total Trust | $4,250.00 | $4,250.00 |
|  | **Trust Balance** | | **$0.00** |